UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-24203-CIV-DPG

MARIA LARIN and all others similarly            )
situated under 29 U.S.C. 216(b),                )
                                                )
                Plaintiffs,                     )
        vs.                                     )
                                                )
LOVING HEART HOME HEALTH CARE,                  )
INC.,                                           )
JOAQUIN MARQUEZ,                                )
SONIA MARQUEZ,                                  )
                                                )
                Defendants.                     )
_____        )

**PLAINTIFF'S STATEMENT OF CLAIM**

        Now comes the Plaintiff, by and through the undersigned, and files the above-described

Statement of Claim as follows:

**Federal Time-And-A-Half Overtime Claim (1/1/15-9/4/16):**
Amount of Time-And-A-Half Overtime per hour not compensated: $13.50
Weeks: 87
Overtime hours per week: 30
Total wages unpaid and liquidated damages: $35,235 X 2 = $70,470.00, *exclusive of* **attorneys' fees and costs**

**Federal Half-Time Overtime Claim (9/5/16-11/6/17):**
Amount of Half-Time Overtime per hour not compensated: $4.50
Weeks: 61
Overtime hours per week: 7
Total wages unpaid and liquidated damages: $1,921.50 X 2 = $3,843.00, *exclusive of* **attorneys' fees and costs**

**Federal Time-And-A-Half Overtime Claim (9/5/16-11/6/17):**
Amount of Time-And-A-Half Overtime per hour not compensated: $13.50
Weeks: 61
Overtime hours per week: 23
Total wages unpaid and liquidated damages: $18,940.50 X 2 = $37,881.00, *exclusive of* **attorneys' fees and costs**

**Total claim and liquidated damages:** $56,097 X 2 = $112,194.00, *exclusive of* attorneys' fees and costs

\* Plaintiff seeks all fees and costs under the FLSA. The above calculations do not account for fees and costs under the FLSA sought by Plaintiff.
\*\* Plaintiff reserves the right to seek time-and-one-half damages for any other completely unpaid overtime hours should the facts adduced in discovery justify same.
\*\*\* At the time of the filing of the initial Complaint, Plaintiff was still employed by Defendants and, as such, the violations of the FLSA were ongoing.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ____
Rivkah F. Jaff, Esquire
Florida Bar No.: 107511

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT
COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 11/20/17 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:_____/s/ Rivkah F. Jaff_____
RIVKAH F. JAFF, ESQ.**