UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-24203-CIV-DPG

MARIA LARIN and all others similarly )
situated under 29 U.S.C. 216(b), )
)
         Plaintiffs, )
vs. )
)
LOVING HEART HOME HEALTH CARE, )
INC., )
JOAQUIN MARQUEZ, )
SONIA MARQUEZ, )
)
         Defendants. )
_____ )

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

    **COMES NOW** Plaintiff, by and through undersigned counsel, and hereby lists the following entities and/or persons known by Plaintiff who may have financial interest in the outcome of this action:

1. Plaintiff MARIA LARIN;

2. Defendant LOVING HEART HOME HEALTH CARE, INC.;

3. Defendant JOAQUIN MARQUEZ;

4. Defendant SONIA MARQUEZ;

5. Plaintiff's counsel, J.H. Zidell, Esq., Rivkah F. Jaff, Esq., and Neil Tobak, Esq., and the firm J.H. Zidell, P.A.

6. Counsel for Defendants, J. Freddy Perera, Esq., and the firm, Perera Law Group, P.A.

                                            Respectfully submitted,

                                            J. H. ZIDELL, P.A.
                                            ATTORNEYS FOR PLAINTIFF
                                            300-71ST STREET, SUITE 605

        MIAMI BEACH, FLORIDA 33141
        305-865-6766
        305-865-7167

        By:_s/ Rivkah F. Jaff, Esq. ___
          Rivkah F. Jaff, Esquire
          Florida Bar No.: 107511

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 12/18/17 TO:**

**J. FREDDY PERERA, ESQ.
PERERA LAW GROUP, P.A.
12555 ORANGE DRIVE, SUITE 268
DAVIE, FLORIDA 33330
TELEPHONE: 786-485-5232
EMAIL: FREDDY@PERERALAW.COM**

  **BY:___/s/___Rivkah Jaff_____
     RIVKAH JAFF, ESQ.**