UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cv-24203-GAYLES/OTAZO-REYES

MARIA LARIN,

    Plaintiff,

v.

LOVING HEART HOME HEALTH CARE, INC.,
JOAQUIN MARQUEZ, individually, and
SONIA MARQUEZ, individually,

    Defendants.

_____/

**DEFENDANTS' RESPONSE TO STATEMENT OF CLAIM**

    Loving Heart Home Health Care Inc. ("Loving Heart"), Joaquin Marquez ("Joaquin") and Sonia Marquez ("Sonia") (collectively "Defendants"), pursuant to this Court's Notice of Court Pracice in FLSA Cases (DE 8), hereby files this Response to Plaintiff Maria Larin's ("Plaintiff") Statement of Claim Amended Statement of Claim and states:

    1.    Defendants received Plaintiff's Statement of Claim on December 18, 2017. The Statement of Claim is grounded on the threshold allegation that Plaintiff was employed by Defendants during the relevant period.

    2.    Defendants categorically deny employing Plaintiff during the relevant period.

    3.    Plaintiff rendered services for Loving Heart during the relevant period as an independent contractor.

    4.    Absent an employment relationship, Defendants cannot have any liability under the Fair Labor Standards Act.

    5.    As a result, Defendants deny owing Plaintiff any unpaid overtime wages.

Dated:  January 4, 2018     Respectfully submitted,


By: */s/ J. Freddy Perera*
J. Freddy Perera, Esq.
Florida Bar No. 93625
freddy@pereralaw.com
**PERERA LAW GROUP, P.A.**
12555 Orange Drive, Suite 268
Davie, Florida 33330
Telephone: 786-485-5232

*Counsel for Plaintiffs*


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 6, 2017 the foregoing document was served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  *s/ J. Freddy Perera*
J. Freddy Perera

### SERVICE LIST

J.H. Zidell, Esq.
Florida Bar Number: 0010121
Email: ZABOGADO@AOL.COM
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida  33141
Tel: (305) 865-6766
Fax: (305) 865-7167

*Attorney for Plaintiff*