UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cv-24203-GAYLES/OTAZO-REYES

MARIA LARIN,

    Plaintiff,

v.

LOVING HEART HOME HEALTH CARE, INC.,
JOAQUIN MARQUEZ, individually, and
SONIA MARQUEZ, individually,

    Defendants.
_____/

## DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Loving Heart Home Health Care Inc. ("Loving Heart"), Joaquin Marquez ("Joaquin") and Sonia Marquez ("Sonia") (collectively "Defendants"), by and through undersigned counsel, provide the following certification of interested parties and corporate disclosure statement:

A. **A complete list of any and all persons, associated persons, firms, partnerships, and/or corporation having a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party.**

    1.    Loving Heart Home Health Care Inc. (Defendant);

    2.    Joaquin Marquez (Defendant);

    3.    Sonia Marquez (Defendant);

    4.    Maria Larin (Plaintiff);

    5.    J. Freddy Perera, Esq. (counsel for Defendants);

6. Valerie Barnhart, Esq. (counsel for Defendants);

7. Perera Law Group, P.A. (counsel for Plaintiffs);

8. Perera Barnhart (counsel for Plaintiffs);

9. J.H. Zidell, P.A. (counsel for Plaintiff);

10. J.H. Zidell, Esq. (counsel for Plaintiff);

11. Neil Tobak, Esq. (counsel for Plaintiff);

12. Rivkah Jaff, Esq. (counsel for Plaintiff)

13. All individuals and entities identified by Plaintiff as having an interest in this litigation.

B. **The name of every other entity whose publicly traded stock, equity or debt may be substantially affected by the outcome of the proceedings.**

14. None.

C. **Identification of any parent corporation and any publicly held corporation owning 10% or more of its stock.**

15. None.

Dated: January 8, 2018

Respectfully submitted,

By: */s/ J. Freddy Perera*
J. Freddy Perera, Esq.
Florida Bar No. 93625
freddy@pereralaw.com
**PERERA BARNHART**
12555 Orange Drive, Suite 268
Davie, Florida 33330
Telephone: 786-485-5232

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on all counsel or parties of record on the Service List below.

By: */s/ J. Freddy Perera*
J. Freddy Perera, Esq.

## SERVICE LIST

J.H. Zidell, Esq.
Florida Bar Number: 0010121
Email: ZABOGADO@AOL.COM
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

*Counsel for Plaintiff*