UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-24203-CIV-DPG

MARIA LARIN and all others similarly )
situated under 29 U.S.C. 216(b), )
 )
          Plaintiffs, )
vs. )
 )
LOVING HEART HOME HEALTH CARE, )
INC., )
JOAQUIN MARQUEZ, )
SONIA MARQUEZ, )
 )
          Defendants. )
_____ )

### **PLAINTIFF'S NOTICE OF HEARING BEFORE THE HONORABLE MAGISTRATE JUDGE ALICIA OTAZO-REYES**

PLEASE TAKE NOTICE that the undersigned attorneys for the respective Parties will call to be heard on the Court's discovery calendar before the HONORABLE MAGISTRATE JUDGE ALICIA OTAZO-REYES, at the c. Clyde Atkins U.S. Courthouse, 301 North Miami Avenue, 10th Floor, Miami, FL 33128, on March 2, 2018, commencing at 9:30 a.m.

On January 5, 2018, Plaintiff propounded her initial discovery on all Defendants, all contained in one PDF document, including her First Request for Admissions, First Request for Production, and First Set of Interrogatories. Said Responses came due on or before February 5, 2018. As of the date of filing the instant Notice, Defendants have still not furnished Plaintiff with a pleading responsive to Plaintiff's First Request for Production and First Set of Interrogatories and/or all responsive documents to same.

Further, Defendants served their Responses to Plaintiff's First Request for Admissions untimely on February 6, 2018, and included objection. Pursuant to Fed.R.Civ.P. 36(a), failure to timely respond to requests for admission results in *automatic* admission of the matters requested. The rule operates automatically; once a party fails to answer the requests for admissions, the matters are admitted. *United States v. 2204 Barbara Lane*, 960 F.2d 126, 129 (11th Cir. 1992).

Plaintiff respectfully requests entry of a Court Order compelling Defendants to respond to Plaintiff's First Request for Production and Plaintiff's First Set of Interrogatories without objections within five (5) days of this Court's Order and produce all responsive documents, find that Defendants' objections to the discovery requests have been waived for Defendants' failure to timely respond, find that all admissions of Plaintiff's First Request for Admissions have been deemed admitted, and award Plaintiff all fees and costs accrued in connection with this Notice, Hearing, and all related work.

Plaintiff will submit the supporting documents by way of email to the Court.

                                       Respectfully submitted,

                                       J. H. ZIDELL, P.A.
                                       ATTORNEYS FOR PLAINTIFF
                                       300-71ST STREET, SUITE 605
                                       MIAMI BEACH, FLORIDA 33141
                                       305-865-6766
                                       305-865-7167

                                       By:_s/ Rivkah F. Jaff, Esq. ___
                                            Rivkah F. Jaff, Esquire
                                            Florida Bar No.: 107511

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 2/12/18 TO:**

**J. FREDDY PERERA, ESQ.**
**PERERA LAW GROUP, P.A.**
**12555 ORANGE DRIVE, SUITE 268**
**DAVIE, FLORIDA 33330**
**TELEPHONE: 786-485-5232**
**EMAIL: FREDDY@PERERALAW.COM**

BY:__/s/____Rivkah F. Jaff_____
           **RIVKAH F. JAFF, ESQ.**