UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cv-24203-GAYLES/OTAZO-REYES

MARIA LARIN,

    Plaintiff,

v.

LOVING HEART HOME HEALTH CARE, INC.,
JOAQUIN MARQUEZ, individually, and
SONIA MARQUEZ, individually,

    Defendants.

_____/

## DEFENDANTS' NOTICE OF DISCOVERY HEARING BEFORE MAGISTRATE JUDGE OTAZO-REYES

Defendants Loving Heart Home Health Care, Inc., Joaquin Marquez, and Sonia Marquez (collectively "Defendants") by and through undersigned counsel, hereby file this Notice of Discovery Hearing to occur before the Honorable Magistrate Judge Otazo-Reyes. The hearing will occur at the following date, time, and address:

    **Date**: March 1, 2018
    **Time**: 9:30 AM
    **Location**: C. Clyde Atkins U.S. Courthouse
              301 North Miami Ave., 10th Floor
              Miami, FL 33128

**ITEMS AT ISSUE**

The following discovery items will be addressed with the Court:

1. **Two-Week Extension of Time Requested By Defendants To Respond To Plaintiff's First Set of Interrogatories and Requests for Production**.

    On or around January 5, 2018, Plaintiff served a Request for Admissions, First Request for Production, and First Set of Interrogatories ("Plaintiff's Discovery"). Plaintiff's Discovery consisted of a combined 45 requests for admissions, 246 requests for production, and 33 interrogatories. Defendants sought a two-week extension of time to respond to Plaintiff's discovery. Plaintiff opposed the requested extension. Defendants have responded to all of Plaintiff's Discovery. Defendants responded to Plaintiff's Request for Admissions. Defendants responded to Plaitniff's First Request for Production and First Set of Interrogatories on February 20, 2018.

2. **Defendants' Request For Relief Pursuant to Rule 36(B).**

    As part of Plaintiff's Discovery, Plaintiff purported to serve a Request for Admissions on all three Defendants, through one document, on January 5, 2018. Defendants sought a two-week extension of time to respond to Plaintiff's Discovery, including the Request for Admissions. Defendants served their responses to the Request for Admissions on February 6, 2018.[1] Plaintiff opposes Defendants' request for relief pursuant to Rule 36(b) of the Federal Rules of Civil Procedure.

---

[1] There are additional material facts surrounding this issue. However, in the interest of simplifying the issues through this Notice and avoiding a response to the improper arguments raised in Plaintiff's Notice, Defendants deem it more appropriate to communicate the additional material facts during the hearing.

## CERTIFICATE OF CONFERRAL

In accordance with the Discovery Procedures for Magistrate Judge Alicia M. Otazo-Reyes (DE 22), Defendants hereby certify that they have conferred with Plaintiff concerning the issues set forth in the Notice above. The parties were unable to resolve the issues to be addressed by the Court.

Dated:  February 23, 2018                           Respectfully submitted,

By: */s/ J. Freddy Perera*
J. Freddy Perera, Esq.
Florida Bar No. 93625
freddy@pererabarnhart.com
Valerie Barnhart, Esq.
Florida Bar No. 88549
valerie@pererabarnhart.com
**PERERA BARNHART**
12555 Orange Drive, Suite 268
Davie, Florida 33330
Telephone: 786-485-5232
Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on all counsel or parties of record on the Service List below.

By: */s/ J. Freddy Perera*
J. Freddy Perera, Esq.

## SERVICE LIST

J.H. Zidell, Esq.
Florida Bar Number: 0010121
Email: zabogado@AOL.COM
Rivkah F. Jaff, Esq.
Florida Bar Number: 107511
Email: rivkah.jaff@gmail.com
**J.H. Zidell, P.A.**
300 71st Street, Suite 605
Miami Beach, Florida  33141
Tel: (305) 865-6766
Fax: (305) 865-7167

*Attorney for Plaintiff*

*VIA CM/ECF*