UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CV-24203-GAYLES/OTAZO-REYES

MARIA LARIN, and all others
similarly situated under 29 U.S.C. 216(b),

    Plaintiff,

v.

LOVING HEART HOME HEALTH
CARE, INC., JOAQUIN MARQUEZ,
and, SONIA MARQUEZ,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon Plaintiff Maria Larin's ("Plaintiff") Notice of Hearing Before the Honorable Magistrate Judge Alicia Otazo-Reyes [D.E. 32] and Defendants Loving Heart Home Health Care, Inc., Joaquin Marquez, and Sonia Marquez's ("Defendants") Notice of Discovery Hearing Before Magistrate Judge Otazo-Reyes [D.E. 38]. These matters were referred to undersigned pursuant to 28 U.S.C. § 636 by the Honorable Darrin P. Gayles, United States District Judge [D.E. 22]. The undersigned held a hearing on these matters on March 1, 2018. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED as follows:

- Defendants' response to Plaintiff's Requests for Admission is deemed to have been timely filed. Therefore the Requests are not deemed admitted.
- Defendants' responses to Plaintiff's First Request for Production and First Set of Interrogatories are deemed timely filed. Therefore Defendants' objections to these discovery requests are not deemed waived.

2

- ➢ Defendants shall supplement their answer to Interrogatory No. 6 by providing supplier information for name tags, uniforms, and any other supplies that Plaintiff claims were provided to her.

- ➢ Defendants' objections to Requests for Production Nos. 1, 2, and 3 are sustained, subject to Defendants promptly answering an interrogatory as to how other patient attendants were paid (1099s and W-2s).

- ➢ Defendants shall supplement their response to Request for Production No. 6 to state that there are no such contracts, as represented at the hearing.

- ➢ Defendants shall supplement their response to Request for Production No. 79 by providing their occupational license(s) and Medicare/Medicaid provider numbers.

DONE AND ORDERED in Chambers in Miami, Florida this 1ST day of March, 2018.

                                                  ALICIA M. OTAZO-REYES
                                                UNITED STATES MAGISTRATE JUDGE

cc:    United States District Judge Darrin P. Gayles
       Counsel of Record