**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 17-cv-24203-GAYLES/OTAZO-REYES**

MARIA LARIN,

    Plaintiff,
v.

LOVING HEART HOME HEALTH CARE, INC.,
JOAQUIN MARQUEZ, individually, and
SONIA MARQUEZ, individually,

    Defendants.

_____/

**DEFENDANTS' NOTICE OF DISCOVERY HEARING BEFORE**
**MAGISTRATE JUDGE OTAZO-REYES**

Defendants Loving Heart Home Health Care, Inc., Joaquin Marquez, and Sonia Marquez (collectively "Defendants"), by and through undersigned counsel, hereby file this Notice of Discovery Hearing to occur before the Honorable Magistrate Judge Otazo-Reyes. The hearing will occur at the following date, time, and address:

    **Date**:    March 29, 2018
    **Time**:    10:00 AM
    **Location**: C. Clyde Atkins U.S. Courthouse
                301 North Miami Ave., 10th Floor
                Miami, FL 33128

**ITEMS AT ISSUE**

The following discovery items will be addressed with the Court:

1. **Plaintiff's Objections and Responses To Defendants' First Request For Production.**

Defendants served Plaintiff with their First Request for Production on January 5, 2018 (the "Request for Production"). Plaintiff filed her responses and objections to the Request for Production on February 5, 2018. Defendants issued Plaintiff a discovery deficiency letter dated February 14, 2018 (the "Deficiency Letter") delineating deficiencies Defendants believe exist with Plaintiff's objections and responses to the Request for Production. The parties thereafter exchanged e-mails (the "E-mails") and participated in a telephone conference conferring about the specific items. The items that remain at issue are delineated in the Deficiency Letter and E-mails, which will be provided to the Court via e-mail. Among the items at issue are the form of Plaintiff's objections in general along with requests 1-4, 19, 23, 26, 39-40.[1]

2. **Plaintiff's Objections and Responses to Loving Heart's First Set of Interrogatories.**

Defendant Loving Heart Home Health Care, Inc. ("Loving Heart") served Plaintiff with its First Set of Interrogatories on January 9, 2018 (the "Interrogatories"). Plaintiff filed her responses and objections to the Interrogatories on February 5, 2018. Defendants issued Plaintiff the Deficiency Letter delineating deficiencies Defendants believe exist with Plaintiff's objections and responses to the Interrogatories. The parties thereafter discussed the various items through the E-mails and a telephone conference. The items that remain at issue are delineated in the

---

[1] There are additional items that may be at issue at the time of the discovery hearing in the event Plaintiff does not cure issues she has indicated she will cure.

Deficiency letter and E-mails, which will be provided to the Court via e-mail. Among the items at issue are the form of Plaintiff's objections in general along with interrogatories 6 and 7. [2]

## CERTIFICATE OF CONFERRAL

In accordance with the Discovery Procedures for Magistrate Judge Alicia M. Otazo-Reyes (DE 22), Defendants hereby certify that they have conferred with Plaintiff concerning the issues set forth in the Notice above. The parties were unable to resolve the issues to be addressed by the Court.

Dated:  March 15, 2018                     Respectfully submitted,


                                           By: */s/ J. Freddy Perera*
                                           J. Freddy Perera, Esq.
                                           Florida Bar No. 93625
                                           freddy@pererabarnhart.com
                                           Valerie Barnhart, Esq.
                                           Florida Bar No. 88549
                                           valerie@pererabarnhart.com
                                           **PERERA BARNHART**
                                           12555 Orange Drive, Suite 268
                                           Davie, Florida 33330
                                           Telephone: 786-485-5232

                                           *Co- Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized

---

[2] There are additional items that may be at issue at the time of the discovery hearing in the event Plaintiff does not cure issues she has indicated she will cure.

to receive electronically Notices of Electronic Filing on all counsel or parties of record on the Service List below.

By: */s/ J. Freddy Perera*
J. Freddy Perera, Esq.

### SERVICE LIST

| J.H. Zidell, Esq.<br>Florida Bar No.: 0010121<br>Email: zabogado@AOL.COM<br>Rivkah F. Jaff, Esq.<br>Florida Bar Number: 107511<br>Email: rivkah.jaff@gmail.com<br>**J.H. Zidell, P.A.**<br>300 71st Street, Suite 605<br>Miami Beach, Florida  33141<br>Tel: (305) 865-6766<br>Fax: (305) 865-7167<br><br>*Attorney for Plaintiff*<br><br>*VIA CM/ECF* | Bayardo Aleman, Esq.<br>Florida Bar No. 28791<br>E-mail:  baleman@stearnsweaver.com<br>STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.<br>Suite 2200 - Museum Tower<br>150 West Flagler Street<br>Miami, Florida 33130<br>Telephone:  (305) 789-3200<br>Facsimile:   (305) 789-3395<br><br>Co-counsel for Defendants<br><br>*VIA CM/ECF* |
|---|---|