UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CV-24203-GAYLES/OTAZO-REYES

MARIA LARIN, and all others
similarly situated under 29 U.S.C. 216(b),

    Plaintiff,

v.

LOVING HEART HOME HEALTH
CARE, INC., JOAQUIN MARQUEZ,
and, SONIA MARQUEZ,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon Defendants Loving Heart Home Health Care, Inc., Joaquin Marquez, and Sonia Marquez's ("Defendants") Updated Notice of Discovery Hearing Before Magistrate Judge Otazo-Reyes [D.E. 44]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Darrin P. Gayles, United States District Judge [D.E. 22]. The undersigned held a hearing on these matters on March 29, 2018. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED as follows:

- ➢ As to Defendants' Request for Production No. 19, Plaintiff Maria Larin ("Plaintiff") shall produce cell phone records showing only the time spent on telephone calls during the periods that she claims to have been working, with all phone numbers redacted.

- ➢ As to Defendants' Requests for Production Nos. 3 and 39, Defendants' request to compel production is DENIED.

> ➢ As to Plaintiff's Notice of Taking Deposition of Defendants' Counsel in this case, Plaintiff may not take Defendants' Counsel's deposition. Defendants' Counsel shall produce his bills for work done on behalf of Defendants regarding the defenses of good faith compliance with the FLSA and independent contractor, unredacted.
>
> ➢ All remaining disputes have been resolved.
>
> ➢ The undersigned reserves ruling on Defendants' request for an award of fees and costs in connection with the discovery disputes until the end of the case, at which time Defendants may file an appropriate motion.

DONE AND ORDERED in Chambers in Miami, Florida this 29th day of March, 2018.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Darrin P. Gayles
Counsel of Record