UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-24203-CIV-DPG/AOR

| | |
|---|---|
| MARIA LARIN and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) |
| Plaintiffs, | ) |
| vs. | ) ) |
| LOVING HEART HOME HEALTH CARE, INC., JOAQUIN MARQUEZ, SONIA MARQUEZ, | ) ) ) ) ) |
| Defendants. | ) ) ) |

## PLAINTIFF'S NOTICE OF HEARING BEFORE THE HONORABLE MAGISTRATE JUDGE ALICIA OTAZO-REYES

PLEASE TAKE NOTICE that the undersigned attorneys for the respective Parties will call to be heard on the Court's discovery calendar before the HONORABLE MAGISTRATE JUDGE ALICIA OTAZO-REYES, at the c. Clyde Atkins U.S. Courthouse, 301 North Miami Avenue, 10th Floor, Miami, FL 33128, on June 22, 2018, commencing at 9:30 a.m.

Plaintiff worked for Defendants as a patient attendant, caring for the aged and infirmed, and her claims sound under the FLSA for overtime wage violations. Defendants, among other defenses, contend Plaintiff was an independent contractor, which is extremely fact specific, and not entitled to the protections of the FLSA.

Plaintiff moves this Court for entry of an Order permitting Plaintiff to exceed the deposition limit set forth in Rule 30(a)(2)(A) and Rule 31(a)(2)(A) of the Federal Rules of Civil Procedure. Specifically, Plaintiff respectfully requests to depose the following *duces tecum* as

said witnesses are the patients and/or the patients' families assigned to Plaintiff by Defendants and believed to have knowledge relevant to Plaintiff's claim as set forth in the operative Complaint and defenses raised by Defendants (i.e. independent contractor, etc.):[1]

1. ███ Hernandez;
2. ███ Hernandez;
3. ███ Torres;
4. ███ Hernandez;
5. ███ Espejo.

Rule 30(a)(2)(A) provides that leave shall be granted to the extent consistent with Rule 26(b)(2). None of the basis identified in Rule 26(b)(2) for limiting discovery are applicable here. Said witnesses are believed to have text messages by and between the witnesses, Plaintiff and/or Defendants which would be relevant to the issues in the case at bar as well as the defenses raised by Defendants.  There are multiple Defendants in this action and had Plaintiff filed a lawsuit against each Defendants separately Plaintiff would have had approximately 30 depositions permitted under the Rules. The discovery sought is not unreasonably cumulative or duplicative and is not obtainable for any other source that is more convenient or less expensive.

## CERTIFICATE OF CONFERRAL

Defense counsel opposes the request relief.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141

---

[1] The names of the non-party witnesses have been redacted to protect their privacy right in an abundance of caution.

        305-865-6766
        305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
    Rivkah F. Jaff, Esquire
    Florida Bar No.: 107511

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 5/25/18 TO:**

**J. FREDDY PERERA, ESQ.**
**PERERA LAW GROUP, P.A.**
**12555 ORANGE DRIVE, SUITE 268**
**DAVIE, FLORIDA 33330**
**TELEPHONE: 786-485-5232**
**EMAIL: FREDDY@PERERALAW.COM**

**BY:__/s/____Rivkah F. Jaff_____**
     **RIVKAH F. JAFF, ESQ.**