**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 17-cv-24203-GAYLES/OTAZO-REYES**

MARIA LARIN,

    Plaintiff,

v.

LOVING HEART HOME HEALTH CARE, INC.,
JOAQUIN MARQUEZ, individually, and
SONIA MARQUEZ, individually,

    Defendants.

_____/

## DEFENDANTS' NOTICE OF DISCOVERY HEARING BEFORE MAGISTRATE JUDGE OTAZO-REYES

Defendants Loving Heart Home Health Care, Inc., Joaquin Marquez, and Sonia Marquez (collectively "Defendants"), by and through undersigned counsel, hereby file this Notice of Discovery Hearing to occur before the Honorable Magistrate Judge Otazo-Reyes. The hearing will occur at the following date, time, and address:

    **Date**:    July 11, 2018
    **Time**:    10:00 AM
    **Location**: C. Clyde Atkins U.S. Courthouse
               301 North Miami Ave., 10th Floor
               Miami, FL 33128

**ITEMS AT ISSUE**

The following discovery items will be addressed with the Court:

1. **Plaintiff's Failure To Provide Financial Information Requested.**

Through written discovery, Defendants sought disclosure of and documents showing all "income, compensation, or remuneration of any kind" Plaintiff received during the relevant period. (Defendants' Interrogatory #6 and Request 4 of Defendants' First Request for Production). During Plaintiff's deposition on June 26, 2018, she testified that there were responsive documents in her possession that she had not yet provided to her attorneys. Defendants sent Plaintiff's counsel an e-mail on June 28, 2018 inquiring into when Defendants could expect to receive the omitted financial information. No response was received. A follow-up e-mail was sent to Plaintiff's counsel on July 2, 2018. No response was received. A last follow-up e-mail was sent to Plaintiff's counsel on July 8, 2018. No response was received.

2. **Plaintiff's Failure to Disclose and Provide Documents Associated with Food Stamps Benefits She Received During Relevant Period**.

Defendants have also requested that Plaintiff identify and produce records associated with any "government assistance" Plaintiff received or applied for during the relevant period. (Defendants' Interrogatory #12 and Request 13 of Defendants' First Request for Production). In response, Plaintiff indicated that she only received social security benefits during the relevant period. During her deposition, however, Plaintiff testified that she also received "food stamps" during the relevant period. Defendants sent Plaintiff's counsel an e-mail on June 28, 2018 inquiring into when Defendants could expect to receive documents associated with food stamps Plaintiff received. No response was received. A follow-up e-mail was sent to Plaintiff's counsel on July 2, 2018. No response was received. A last follow-up e-mail was sent to Plaintiff's counsel on July 8, 2018. No response was received.

3. **Defendants' Request For Dates To Take Depositions.**

During Plaintiff's deposition, Defendants inquired into the source of bank deposits into Plaintiff's bank accounts that did not coincide with the payment she received from Loving Heart (her alleged sole source of income). Plaintiff testified that she received financial assistance from her boyfriend and children that was not disclosed in her responses to Defendants' written discovery. Plaintiff also indicated that her tax returns, which conflict with Plaintiff's position in this lawsuit that she was an employee of Loving Heart, were not explained to her by the tax preparers she used. Plaintiff claimed that she simply relied on the tax preparers.

Defendants sent Plaintiff's counsel an e-mail on June 28, 2018 asking for dates of availability to depose the accountants, Plaintiff's boyfriend, and one of Plaintiff's children. No response was received. A follow-up e-mail was sent to Plaintiff's counsel on July 2, 2018. No response was received. A last follow-up e-mail was sent to Plaintiff's counsel on July 8, 2018. No response was received.

## CERTIFICATE OF CONFERRAL

In accordance with the Discovery Procedures for Magistrate Judge Alicia M. Otazo-Reyes (DE 22), Defendants hereby certify that they have conferred with Plaintiff concerning the issues set forth in the Notice above.

Dated:  July 9, 2018                                Respectfully submitted,

                                         By: */s/ J. Freddy Perera*
                                         J. Freddy Perera, Esq.
                                         Florida Bar No. 93625
                                         freddy@pererabarnhart.com
                                         Valerie Barnhart, Esq.
                                         Florida Bar No. 88549
                                         valerie@pererabarnhart.com
                                         **PERERA BARNHART**
                                         12555 Orange Drive, Second Floor
                                         Davie, Florida 33330
                                         Telephone: 786-485-5232
                                         *Co- Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 9, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on all counsel or parties of record on the Service List below.

                                         By: */s/ J. Freddy Perera*
                                         J. Freddy Perera, Esq.

## SERVICE LIST

| | |
|---|---|
| J.H. Zidell, Esq. <br> Florida Bar No.: 0010121 <br> Email: zabogado@AOL.COM <br> Rivkah F. Jaff, Esq. <br> Florida Bar Number: 107511 <br> Email: rivkah.jaff@gmail.com <br> **J.H. Zidell, P.A.** <br> 300 71st Street, Suite 605 <br> Miami Beach, Florida  33141 <br> Tel: (305) 865-6766 <br> Fax: (305) 865-7167 <br> *Attorney for Plaintiff* <br> **Via CM/ECF** | Bayardo Aleman, Esq. <br> Florida Bar No. 28791 <br> E-mail:  baleman@stearnsweaver.com <br> STEARNS WEAVER MILLER WEISSLER <br> ALHADEFF & SITTERSON, P.A. <br> Suite 2200 - Museum Tower <br> 150 West Flagler Street <br> Miami, Florida 33130 <br> Telephone:  (305) 789-3200 <br> Facsimile:   (305) 789-3395 <br> *Co-counsel for Defendants* <br><br> **Via CM/ECF** |